# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURIN, INC.,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MAGNOLIA MEDICAL TECHNOLOGIES, INC.,<br><br>　　　　　　Defendant. | CASE NO. 3:20-CV-1011-L-LL<br><br>**ORDER GRANTING SECOND JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

For good cause shown pursuant to Federal Rule of Civil Procedure 6(b), the Joint Motion to Extend Time to Respond to Complaint (doc. no. 6) is granted. Accordingly, no later than July 31, 2020, Defendant shall file its response, if any, to the complaint.

**IT IS SO ORDERED.**

Dated: July 17, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. M. James Lorenz
　　　　　　　　　　　　　　　　　United States District Judge